JOHN H. WALLACE, Appellant, *v.* VILLAGE OF CAN-
ANDAIGUA, Respondent.

*Wallace v. Village of Canandaigua*, 153 App. Div. 938, affirmed.
(Argued February 12, 1918; decided February 26, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1912, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the maintenance by the defendant of a public nuisance. The complaint alleged that while the plaintiff was passing along Bristol street in the village of Canandaigua, riding in a carriage hitched to a horse which the plaintiff was driving, the horse became frightened at a large stone or boulder located on said street at a point where Bristol street joins another street extending northerly from Bristol street; that the plaintiff's carriage was upset, plaintiff thrown to the ground and received the injuries complained of. The defendant contended that the boulder

in question was a public monument and did not constitute a nuisance.

*John Colmey* and *P. H. Leahy* for appellant.

*Horace W. Fitch* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.